ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE   # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    fpdhi@hotmail.com

Attorney for Defendant
ALFRED WILLIAM KEMFORT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2006

at 3 o'clock and 25 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 04-00245 SOM |
|---|---|
| Plaintiff, | ) NOTICE OF APPEAL; |
| vs. | ) CERTIFICATE OF SERVICE |
| ALFRED WILLIAM KEMFORT, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant ALFRED WILLIAM KEMFORT, through counsel, Pamela J. Byrne, Assistant Federal Defender, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the Judgment of Conviction and Sentence entered by the Honorable Susan Oki Mollway on March 17, 2006.

DATED: Honolulu, Hawaii, March 21, 2006.

PAMELA J. BYRNE
Attorney for Defendant
ALFRED WILLIAM KEMFORT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly hand delivered to the following at her last known address:

BEVERLY A. SAMESHIMA
Assistant United States Attorney
Office of the United States Attorney
300 Ala Moana Boulevard, #6100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
CHRISTINA FULLER
Legal Secretary
PAMELA J. BYRNE
Attorney for Defendant
ALFRED WILLIAM KEMFORT