# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

April 7, 2006

Beverly A. Sameshima, AUSA
Assistant U.S. Attorney
300 Ala Moana Blvd., Ste 6100
Honolulu, HI 96850

    IN RE:    U.S.A v. ALFRED WILLIAM KEMFORT
    CR NO.    CR 04-00245SOM

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 03/21/06.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk
By    Laila M. Geronimo
    Deputy

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Pamela J. Byrne, AFPD
        with copy of instructions for criminal appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet