RECEIVED
CLERK U.S. DISTRICT COURT

APR 17 2006

DISTRICT OF HAWAII

TO: Clerk, U.S. Court of Appeals

FROM: Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

Date: April 7, 2006

6-10213

## CASE INFORMATION

COMPLETE TITLE: U.S.A. vs ALFRED WILLIAM KEMFORT

U.S.D.C CASE NO. CR 04-00245SOM

U.S.D.C. JUDGE: Susan Oki Mollway

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: 06/30/04

APPEALED ORDER FILED: 03/28/06

NOTICE OF APPEAL FILED: 03/21/06

## COUNSEL INFORMATION

APPELLANT:
Pamela J. Byrne, AFPD
300 Ala Moana Blvd., Ste. 7104
Honolulu, HI 96850

APPELLEE:
Beverly A. Sameshima, AUSA
Assistant U.S. Attorney
300 Ala Moana Blvd., Ste 6100
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: cja

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED: _

NO OF DAYS OF TRIAL: _

CUSTODY: ✓

BAIL: _

COUNSEL WAIVED: _

COURT REPORTER(S): Debra Chun, Larraine Sinclair, Sharon Ross