## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __04-00245 SOM__

Short Case Title __United States v. Alfred William Kemfort__

Date Notice of Appeal Filed by Clerk of District Court __March 21, 2006__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 23 2006

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ at 1 o'clock and 55 min A M |
| | | SUE BEITIA, CLERK |
| | | ~~Opening Statements~~ FILED IN THE UNITED STATES DISTRICT COURT |
| | | ~~Settlement Instructions~~ DISTRICT OF HAWAII |
| | | ~~Closing Arguments~~ APR 1 9 2006 |
| | | ~~Jury Instructions~~ at 8 o'clock and 35 min A M |
| 04/14/05 | Debra Chun | Motion to Suppress SUE BEITIA, CLERK |
| 09/21/05 | Larraine Sinclair | Motion for Withdrawal of Not Guilty Plea |
| 03/17/06 | Sharon Ross | Sentencing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 23, 2006__  Estimated date for completion of transcript __April 22, 2006__

Print Name of Attorney __Pamela J. Byrne / James S. Gifford__  Phone Number __(808) 541-2521__

Signature of Attorney _____

Address __300 Ala Moana Boulevard, Suite 7-104, Honolulu, Hawaii 96850-5269__

**SECTION B** - To be completed by court reporter

I, __Sharon Ross__ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on __3-23-06__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__15__ Approximate Number of Pages in Transcript--Due Date __4-22-06__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __4-18-06__  Court Reporter's Signature __Sharon Ross__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn  __04·19·06__  BY: _____
(U.S. District Court Clerk)  (date)  DEPUTY CLERK