UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 2 3 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10213 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00245-SOM |
| v. | District of Hawaii, Honolulu |
| ALFRED WILLIAM KEMFORT, | ORDER |
| Defendant - Appellant. | |

Appellee's motion for an extension of time in which to file the answering brief is granted. The answering brief is due September 29, 2006, and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 8.21