# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 18, 2007

To:  United States Court of Appeals    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                (X)    Criminal
      95 Seventh Street
      San Francisco, California 94103     ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:     CR 04-00245SOM       Appeal No:    06-10213

Short Title:    USA vs. Kemfort

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #34

Acknowledgment: _____ Date: _____

cc: all parties of record