UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ALFRED WILLIAM KEMFORT, <br><br> Defendant - Appellant. | No. 06-10213 <br> D.C. No. CR-04-00245-SOM <br><br> **JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 6 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/19/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 10 2007

by: _____
Deputy Clerk