```
INTERNAL USE ONLY: Proceedings include all events.
06-10213 USA v. Kemfort
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Beverly Wee Sameshima, AUSA<br>FAX 808/541-2958<br>808/440-9231<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ALFRED WILLIAM KEMFORT<br>    Defendant - Appellant | Pamela J. Byrne, Esq.<br>FAX 808/541-3545<br>808/541-2521<br>Ste. 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC<br>DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269 |