August 29, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-04-00245-SOM
**Appeal Number:** 06-10213
**Short Title:** USA v. Kemfort

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | | |
| **Reporters Transcripts in:** | 1 | | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:** dkt #34

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 04 2007
DISTRICT OF HAWAII

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

RoB

Date: January 18, 2007

To: United States Court of Appeals    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                (X)    Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

FILED
JAN 29 2007
CATHY A. CATTERSON, CLERK

DC No:     CR 04-00245SOM         Appeal No:    06-10213

Short Title:    USA vs. Kemfort

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 1 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #34

Acknowledgment: _____ Date: _____

cc: all parties of record