# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 18, 2007

To: United States Court of Appeals       Attn:  ( )   Civil
    For the Ninth Circuit
    Office of the Clerk                         (X)   Criminal
    95 Seventh Street
    San Francisco, California 94103             ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

FILED
JAN 29 2007
CATHY A. CATTERSON, CLERK

DC No:        CR 04-00245SOM          Appeal No:   06-10213
Short Title:  USA vs. Kemfort

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 17 2007
1:30 pm
DISTRICT OF HAWAII

Clerk's Files in      1        volumes  (✓) original  ( ) certified copy

Bulky docs                     volumes (folders)  docket #

Reporter's            1        volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                       volumes  ( ) under seal

                               boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #34

Acknowledgment: _____  Date: 1/29/07

cc: all parties of record